File Hashes for IP Address 184.58.242.16

**ISP:** Time Warner Cable
**Physical Location: Milwaukee, WI**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/29/2013 04:18:24 | 693B14A2C359AC8BEF6375B2338A6B9962DDEB7A | Hot Chocolate |
| 05/30/2013 11:06:01 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |
| 05/30/2013 09:51:48 | 5E753D3691840FF45B91591B26CE233E3CE70F73 | Three for the Show |
| 05/30/2013 05:58:00 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 05/30/2013 05:32:12 | F5C68C5873994B8E788D59C852AB1CA5FAB5B5BE | Morning Desires |
| 05/30/2013 05:02:11 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 05/20/2013 06:12:44 | 569FC4DE1D4193A0249BF482BA837A00E619ECB3 | Afternoon Picnic |
| 05/07/2013 00:41:08 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A