Copyrights-In-Suit for IP Address 184.58.242.16

**ISP:** Time Warner Cable
**Location: Milwaukee, WI**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **Afternoon Picnic** | PA0001826998 | 02/15/2013 | 02/18/2013 | 05/20/2013 |
| **Hot Chocolate** | PA0001859657 | 07/11/2013 | 08/02/2013 | 07/29/2013 |
| **Morning Desires** | PA0001819292 | 12/31/2012 | 01/08/2013 | 05/30/2013 |
| **Simply Stunning** | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/07/2013 |
| **Starting Over** | PA0001803663 | 08/27/2012 | 09/10/2012 | 05/30/2013 |
| **Three for the Show** | PA0001808630 | 09/24/2012 | 09/28/2012 | 05/30/2013 |
| **Veronica Wet Orgasm** | PA0001762412 | 10/05/2011 | 11/23/2011 | 05/30/2013 |
| **Wild Things** | PA0001809287 | 10/05/2012 | 10/07/2012 | 05/30/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B