UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

                    Plaintiff,

v.

JOHN DOE, *sued as John Doe subscriber assigned IP Address 184.58.242.16*,

                    Defendant.

Case No. 13-CV-1103-JPS

ORDER

The Court entered an order on October 18, 2013, granting the plaintiff's motion for leave to serve a third party subpoena. (Docket #7). On November 6, 2013, the plaintiff notified the Court that its prior order contained an error: specifically, that the defendant's IP address was listed as 184.48.242.16, when in fact the defendant's IP address is 184.58.242.16. (Docket #8). Thus, the plaintiff moved to have the Court amend or correct its prior order. (Docket #8). Because the error is clerical, the Court may amend its prior judgment under Rule 60(a) of the Federal Rules of Civil Procedure. The Court will grant the plaintiff's motion to amend and enter a new copy of its order granting the plaintiff leave to serve a third party subpoena.

Accordingly,

IT IS ORDERED that, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the plaintiff's motion to amend (Docket #8) the Court's previous order (Docket #7) be and the same is hereby GRANTED; the Court's previous order (Docket #7) is hereby amended to reflect the changes suggested by the plaintiff, and the Court will enter the amended order as a new entry on the docket sheet.

Dated at Milwaukee, Wisconsin, this 18th day of November, 2013.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge